# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **SHOPPES AT THE FOREST LLC,** | ) | **Case No. 12-36800** |
| | ) | |
| Debtor. | ) | **Honorable Jacqueline P. Cox** |
| | ) | |
| | ) | **Hearing Date: June 26, 2013** |
| | ) | **Hearing Time: 9:30 a.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 26, 2013 at 9:30 a.m., the undersigned shall appear before the Honorable Jacqueline P. Cox, in Courtroom 680, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE,** a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleadings, at which time and place you may appear if you so see fit.

Dated: June 5, 2013                                         Respectfully submitted,

                                                 **SHOPPES AT THE FOREST LLC,**

                                                 By      /*s/ Robert W. Glantz*
                                                          One of its attorneys

Robert W. Glantz (No. 6201207)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street
Suite 800
Chicago, IL 60654
Phone: (312) 541-0151
Fax: (312) 980-3888

                    Document      Page 2 of 6

## CERTIFICATE OF SERVICE

Robert W. Glantz certifies that he caused to be served a true copy of the above and foregoing **NOTICE OF MOTION** and **MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE** upon the attached Electronic Mail Notice List through the ECF System and on the attached Service List via First Class U.S. Mail on this 5th day of June, 2013.

/s/ *Robert W. Glantz*

**Mailing Information for Case 12-36800**
**Electronic Mail Notice List**
The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Michael P Brundage    michael.brundage@phelps.com, tricia.elam@phelps.com
- Robert W Glantz    rglantz@shawfishman.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

**U.S. Mail (Notice of Motion Only)**

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL  32399-0185

Florida Power & Light
General Mail Facility
Miami, FL  33188-0001

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA  19114

Forest Utilities, Inc.
P.O. Box 919073
Orlando, FL  32891-9073

Lee County Taxing Authority
P.O. Box 1270
Fort Myers, FL  33902-1270

Jesus Hernandez Lawn Care
5593 Briarcliff Road
Fort Meyers, FL  33908

Brook Weiner LLC
125 S. Wacker Drive
10th Floor
Chicago, IL  60606

Katz Barron Squitero Faust
Attn: Bernard Allen
2699 S. Bayshore Drive, 7th Flr.
Miami, FL  33133

CenturyLink
P.O. Box 1319
Charlotte, NC  28201

Lee County Utilities
P.O. Box 30738
Tampa, FL  33630-3738

Florida Fire Systems, Inc.
8144 Mainline Parkway
Fort Meyers, FL  33912-5930

Mandel & Simms Real Estate Inc.
500 Lake Cook Road, Ste. 350
Deerfield, IL  60015

Pest Solutions Plus
10801 Sunset Plaza Cir.
Suite 203
Fort Meyers, FL  33908-7509

Philadelphia Indemnity Insurance Co.
Floor Insurance Processing Center
P.O. Box 731178
Dallas, TX  75373-1178

Sam Barlow
1711 NW 11th Street
Cape coral, FL  38993

Waste Pro
P.O. Box 79765
Baltimore, MD 21279-0765

Phantom of Ft. Meyers, Inc.
DBA Phantom Fireworks c/o W. Weimer
555 Martin Luther King Jr. Blvd.
Youngstown, OH  44502-1102
Shoppes at the Forrest LLC
c/o Lloyd Mandel
500 Lake Cook Road
Suite 350
Deerfield, IL 60015

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **SHOPPES AT THE FOREST LLC,** | ) | **Case No. 12-36800** |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |
| | ) | Hearing Date: June 26, 2013 |
| | ) | Hearing Time: 9:30 a.m. |

**MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE**

Pursuant to 11 U.S.C. § 350, Fed. R. Bankr. P. 3022 and Local Rule 3022-1, Shoppes at the Forest LLC (the "Debtor"), requests the entry of an order closing the Debtor's case (the "Motion"). In support of this Motion, the Debtor respectfully states as follows:

**JURISDICTION AND BACKGROUND**

1.  On September 17, 2012 (the "Petition Date"), the Debtor filed a voluntary petition in this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "Bankruptcy Code"), thereby commencing the above-captioned case (the "Case").

2.  The Debtor continues to manage and operate its business as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code. No trustee or committee of unsecured creditors has been appointed in the Case.

3.  The Debtor is a sole member limited liability company owned by Lloyd Mandel ("Mandel"). The Debtor is a single asset real estate business as defined by 11 U.S.C. § 101(51B).

4.  On November 16, 2012, the Debtor filed its *Chapter 11 Plan of Liquidation* [Docket No. 32] (the "Plan") and *Disclosure Statement with Respect to Chapter 11 Plan of Liquidation* [Docket No. 33] (the "Disclosure Statement").

{10417-001 MOT A0347138.DOC}

5. On December 20, 2012, the court entered its *Order Confirming Plan and Approving Disclosure Statement* [Docket No. 52].

6. On December 28, 2012, the court entered its Order Authorizing Sale of Debtor's Real Property Free and Clear of Liens, Claims and Interests Pursuant to Debtor's Plan of Reorganization [Docket No. 60] (the "Sale Order"). Pursuant to the Sale Order, the court authorized the sale of the Debtor's real property known as 16243 S. Tamiami Trial in Lee County, Florida (the "Real Property") to SunTrust Bank ("SunTrust") for a credit bid in the amount of $1,777,452.34, free and clear of all liens, claims, encumbrances, and interests. SunTrust's secured claim at the time of the Auction was approximately $1,817,173.48.

7. This Court has jurisdiction to hear this matter and enter a final order granting the relief requested herein pursuant to 28 U.S.C. §§ 1334 and 157(b)(2) and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

**RELIEF REQUESTED**

8. The Debtor requests the entry of a final decree closing the Debtor's case. Pursuant to the Sale Order, the Debtor's sole asset, the Real Property, was sold to the secured lender SunTrust for a credit bid in the amount of $1,777,452.34. Accordingly, because no net proceeds were received above and beyond SunTrust's secured claim, no funds were available to distribute to creditors under the Plan.

9. The Debtor has fulfilled its duties under the Plan. No other motions, contested matters, or adversary proceedings await resolution by this Court.

10. Based on the foregoing, the Debtor submits that the entry of a final decree is warranted.

**APPLICABLE AUTHORITY**

11. Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. § 350(a). Likewise, Fed. R. Bankr. P. 3022 provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022. Accordingly, this Court should enter a final decree closing the Debtor's case.

## NOTICE

12. The Debtor served this Motion on the Office of the United States Trustee, the CM/ECF service list and all known creditors in this case.

WHEREFORE, the Debtor requests that this Court enter a final decree substantially in the form attached hereto closing the Debtor's chapter 11 case and providing such other relief as may be appropriate under the circumstances.

Dated: June 5, 2013                             Respectfully submitted,

                                                             **SHOPPES AT THE FOREST LLC,**

                                                             By    */s/ Robert W. Glantz*
                                                                         One of its attorneys

Robert W. Glantz (No. 6201207)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street
Suite 800
Chicago, IL 60654
Phone: (312) 541-0151
Fax: (312) 980-3888