UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>SHOPPES AT THE FOREST LLC<br><br><br>Debtor(s) | BK No.: 12-36800<br><br>Chapter: 11<br>Honorable Jacqueline Cox |

### ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE

Upon consideration of the Motion for the Entry of Final Decree Closing Case (the "Motion") of Shoppes at the Forest LLC, (the "Debtor"), due and proper notice of the Motion having been provided; it appearing that there is good cause to grant the relief requested; and, there being no objection to the relief requested;

IT IS ORDERED:

1. The Motion for Final Decree is granted.

2. Case No. 12-36800 is closed.

Enter:

*Jacqueline P. Cox*
J. Cox
United States Bankruptcy Judge

Dated: 6-26-13

**Prepared by:**
Robert W. Glantz (Illinois Bar No. 6201207)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone
(312) 980-3888  facsimile
rglantz@shawfishman.com

Rev: 20120501_bko